MINNIE SCHLEIDER, Respondent, v. FLOYD W. FINCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS CECIL CLARKE, an Infant, by THOMAS CLARKE, His Guardian ad Litem, Respondent, v. EIGHTH AVENUE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DIGBY, Indicted as GILBERT POWERS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

STRUCTURAL ENGINEERING CORPORATION, Appellant, v. EDWARD T. KENNARD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

AUGUST STUMPP and Another, Copartners, etc., Respondents, v. THE FARMERS' LOAN AND TRUST COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith and Page, JJ.

MARK EPMAN and Another, Appellants, v. ARTHUR M. COX and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE FIRST NATIONAL BANK OF EDGEWATER, N. J., Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

UNITED STATES RAINCOAT COMPANY, Respondent, v. SAMUEL MCCONNELL and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALLEN T. HARTMAN & CO., INC., v. EDWARD J. BARRY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY C. DAVIS v. MANHATTAN PRODUCE COMPANY, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SEGUNDO TAMARGO and Others v. S. SILBERSTEIN & SON, INC.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN W: HOOLEY v. EDWIN A. COCHRAN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL ROSENTHAL and Others v. STANLEY E. SELONICK and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.